IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROY LEE MILLER,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 04-0662-KD-B** |
| **BOB RILEY, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This action was brought pursuant to 42 U.S.C. § 1983 and is now before the court on the report and recommendation of Magistrate Judge Sonja F. Bivins entered on August 23, 2007 and plaintiff's objection filed on August 29, 2007. (Docs. 26, 27).  In his complaint, plaintiff brought claims that the living conditions at Fountain Correctional Facility violated his rights under the Eighth and Fourteenth Amendments to be free from cruel and unusual punishment, that he has received inadequate health services, and that the law library is inadequate.

In the report and recommendation, Judge Bivins' summarizes evidence from the Warden as to the maintenance of the facility, notes that plaintiff did not offer any rebuttal evidence because he did not respond to the motion for summary judgment, and recommends dismissal of plaintiff's claims because he failed to establish that the conditions at the facility deny him the minimal civilized measure of life's necessities or subject him to a wanton and unnecessary infliction of pain.  Magistrate Judge Bivins also found that plaintiff fails to demonstrate any deliberate indifference or reckless disregard by the defendants with respect to his health or safety.

As Magistrate Judge Bivins' found, plaintiff did not file a response to the defendants' motion for summary judgment after having been given notice of the motion and thirty days in which to file his response. (See Doc. 25).  After the report and recommendation was entered, plaintiff filed an objection.  However, the objection does not appear to respond to the issues addressed in the report and recommendation but instead appears to raise new allegations that plaintiff has been denied access to the law library and legal materials and denied medical treatment by a free-world physician. (Doc. 27).  Moreover, plaintiff has failed to present any factual evidence to rebut the facts presented by the defendant in the motion for summary judgment regarding the current conditions and staffing at the prison or to support his objection to the report and recommendation.

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, summary judgment is **GRANTED** in favor of the defendants and it is **ORDERED** that this action be and hereby is **DISMISSED with prejudice.**

**DONE** this 11th day of September, 2007.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**